## United States District Court

## DISTRICT OF MAINE

CHAMBERS OF
JUDGE JOHN A. WOODCOCK, JR.

P.O. BOX 756
BANGOR, MAINE 04402
(207) 945-0549

July 26, 2006

RECEIVED 2006 JUL 31 A 11: 14 FINANCIAL DISCLOSURE OFFICE

Honorable Ortrie D. Smith
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I am responding to your letter dated July 18, 2006:

I.      Part VII, Page 4, Line 13: SolomonSmithBarney Appreciation Mutual Fund

The valuation method code for the SolomonSmithBarney Appreciation Mutual Fund is "T" – market value.

II.      Part VII, Page 6, Line 50: SolomonSmithBarney International All Cap Growth

The SolomonSmithBarney International All Cap Growth Mutual Fund should not have been included in the report for the year ending 2005. I reported this Fund in my financial disclosure report for 2004, Part VII, page 3, line 50 as having been sold in its entirety on February 23, 2004. This is correct. The 2005 report inadvertently erred by carrying this mutual fund forward into 2005. There was no ownership interest in the SolomonSmithBarney International All Cap Growth Mutual Fund during year 2005 and line 50, page 3, Part VII should be struck.

I trust this adequately responds to your inquiries.

Very truly yours,

John A. Woodcock, Jr.
United States District Judge

JAW/gbc

JOHN A. WOODCOCK, JR.
DISTRICT JUDGE

202 HARLOW STREET
P.O. BOX 756
BANGOR, MAINE 04402-0756
(207) 945-0549

May 15, 2006

Hon. Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

Please find enclosed one (1) original and three (3) copies of my Financial Disclosure Report for 2005. I should explain Item 45 in Section VII – Investments and Trusts. In my financial disclosure of May 2, 2004, I reported on Line 44 a complete sale of holdings in Lord & Abbett Affiliated Fund on December 1, 2003. I thought the Fund had been sold entirely, but I have discovered that a portion of the Fund was retained in one of ██████ IRAs.

The report for the year 2003 is accurate, except for the absence of a notation of a continued holding in this Fund and a partial, not total sale. The remaining information – Date of Sale, Value Code 2, Gain Code 1 – regarding the Lord & Abbett Affiliated Mutual Fund is accurate.

## I. 2003:

| Income during the reporting period | Type | Value Code | Value Method |
|---|---|---|---|
| | | K | T |

The report for the year 2004 should have reflected the following:

**II. 2004:**

| A | Dividend | K | T |
|---|---|---|---|

Very truly yours,



John A. Woodcock, Jr.
United States District Judge

JAW/mfs

Encs.

| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Woodcock, John A | 2. Court or Organization<br><br>Maine | 3. Date of Report<br><br>05/11/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 756<br>Bangor, ME 04402-0756 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Bowdoin College |
| 2. Member Board of Visitors | University of Maine School of Law |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/05 | Weatherbee & Burlock, P.A. | $ $4,899 |
| 2. 12/31/05 | United States Judges Admin Office of the US Courts | $ 157,538 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/05 | Substitute Teacher MSAD # 22 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ · NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Association | March 18 - Annual Dinner in Honor of the Federal Judiciary -(Transportation, Meals, and Lodging). |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck Common Stock | B | Dividend | K | T | | | | | |
| 2. Bowater Common Stock | A | Dividend | J | T | | | | | |
| 3. Boeing Common Stock | A | Dividend | J | T | | | | | |
| 4. Cisco Common Stock | | None | J | T | | | | | |
| 5. MetLife Common Stock | A | Dividend | K | T | | | | | |
| 6. Wells Fargo Common Stock | C | Dividend | L | T | | | | | |
| 7. Edwards Lifesciences, Corp. Common Stock | | None | | | Sale | 03/28 | K | C | |
| 8. Citizens Communications Common Stock | B | Dividend | K | T | | | | | |
| 9. Mitsui Common Stock | A | Dividend | J | T | | | | | |
| 10. Barclays PLC ADR Common Stock | A | Dividend | K | T | Buy | 06/10 | K | | |
| 11. 3M Co Common Stock | A | Dividend | J | T | Buy | 1/12 | J | | |
| 12. ChevronTexaco Common Stock | | None | | | Sale | 01/12 | K | D | |
| 13. SolomonSmithBarney Appreciation Mutual Fund | A | Dividend | J | | | | | | |
| 14. ExxonMobil Common Stock | A | Dividend | K | T | | | | | |
| 15. General Electric Common Stock | A | Dividend | K | T | | | | | |
| 16. Intel Corp Common Stock | A | Dividend | | | Sale | 11/09 | J | A | |
| 17. SPC Pool Corp. Common Stock | A | Dividend | K | T | Buy | 03/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Medtronic Common Stock | A | Dividend | J | T | Buy | 6/10 | J | | |
| 19. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 20. Norfolk Southern Common Stock | A | Dividend | K | T | | | | | |
| 21. Pepsico Common Stock | A | Dividend | K | T | Buy | 02/01 | J | | |
| 22. Pfizer Common Stock | A | Dividend | | | Sale | 11/09 | J | A | |
| 23. Procter & Gamble Common Stock | A | Dividend | K | T | | | | | |
| 24. Teva Common Stock | A | Dividend | K | T | | | | | |
| 25. Bangor Savings Bank Checking Account | A | Interest | J | T | | | | | |
| 26. ASA (Bermuda) LTD Common Stock (Comment) | A | Dividend | J | T | | | | | |
| 27. American Power Conversion Corp Common Stock | A | Dividend | J | T | Buy | 03/31 | K | | |
| 28. Fidelilty Trend Fund | A | Dividend | K | T | | | | | |
| 29. Nuveen Tax Adv Total Return Strategy Fund | A | Dividend | K | T | Buy | 02/01 | K | | |
| 30. Xerox Common Stock | A | Dividend | J | T | | | | | |
| 31. Morgan Stanley India Investment Fund | A | Dividend | J | T | Buy | 11/09 | J | | |
| 32. | A | Distribution | | | | | | | |
| 33. URS Corp Common Stock | | None | K | T | Buy | 6/10 | K | | |
| 34. SmithBarney Fundamental Value Fund | A | Dividend | J | T | Partial Sale | 1/03 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | None | | | Partial Sale | 8/05 | J | C | |
| 36. Templeton World Fund | A | Dividend | J | T | Partial Sale | 8/02 | J | B | |
| 37. Capital Income Builder Fund | A | Dividend | K | T | Partial Sale | 1/03 | J | B | |
| 38. SolomonSmithBarney Appreciation Mutual Fund | A | Dividend | K | T | | | | | |
| 39. Investment Company of America | A | Dividend | J | T | | | | | |
| 40. United Natural Foods, Inc. Common Stock | | None | J | T | Buy | 06/10 | K | | |
| 41. UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |
| 42. Royce Micro-Cap IRA Account | A | Dividend | K | T | | | | | |
| 43. EuroPac Growth Mutual Fund | A | Dividend | J | T | Buy | 02-27 | J | | |
| 44. Qualcomm, Inc. Common Stock | A | Dividend | K | T | Buy | 09/16 | K | | |
| 45. Lord Abbett Affiliated Fund (Comment) | A | Dividend | K | T | | | | | |
| 46. Pioneer Mid-Cap Growth Mutual Fund IRA | A | Dividend | J | T | | | | | |
| 47. SolomonSmithBarney Appreciation Mututal Fund IRA | A | Dividend | K | T | | | | | |
| 48. SB Capital and Income Fund Fund IRA | A | Dividend | K | T | | | | | |
| 49. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 50. SmithBarney International All Cap Growth | | None | | | Sale | 02/23 | J | A | |
| 51. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds Investment Company Coverdell Account | A | Dividend | J | T | | | | | |
| 53. | | | | | | | | | |
| 54. American International Group Common Stock | A | Dividend | | | Sale | 6/10 | J | A | |
| 55. Boston Private Financial Holdings Common Stock | A | Dividend | | | Sale | 06/10 | J | A | |
| 56. American Funds Income Fund of America CL A | B | Dividend | K | T | | | | | |
| 57. | A | Distribution | | | | | | | |
| 58. Investors Financial Services Corp Common Stock | A | Dividend | J | T | | | | | |
| 59. Northrup Grumman Common Stock | A | Dividend | J | T | | | | | |
| 60. | | None | | | | | | | |
| 61. Automatic Data Processing Common Stock | | None | | | Sale | 08/25 | K | B | |
| 62. Berkshire Hathaway Common Stock | | None | K | T | | | | | |
| 63. | | None | | | | | | | |
| 64. Dell Common Stock | | None | | | Sale | 11/09 | J | A | |
| 65. Gillette Common Stock | | None | | | Sale | 02/01 | K | D | |
| 66. IBM Common Stock | A | Dividend | J | T | | | | | |
| 67. Lowes Common Stock | A | Dividend | K | T | | | | | |
| 68. Nokia Common Stock | A | Dividend | | T | Sale | 07/06 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Patterson Dental Common Stock | | None | K | T | | | | | |
| 70. Stericycle Common Stock | | None | K | T | | | | | |
| 71. Sysco Common Stock | A | Dividend | K | T | Buy | 03/31 | J | | |
| 72. US Bancorp Common Stock | A | Dividend | K | T | | | | | |
| 73. Whole Foods Market Common Stock | A | Dividend | | | Sale | 06/10 | K | D | |
| 74. Zimmer Holdings Common Stock | | None | K | T | | | | | |
| 75. | | | | | | | | | |
| 76. Union Central Universal Life Insurance Policy | A | Interest | L | T | | | | | |
| 77. MetLife Life Insurance Policies | A | Dividend | L | T | | | | | |
| 78. | | None | | | | | | | |
| 79. Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 80. RMA Money Market Portfolio | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. SmithBarney Uncommon Values Series 2004 - IRA(Comment) | | None | | | Sale | 6/29 | J | A | |
| 84. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item 26: ASA South Africa Ltd. reorganized on November 22, 2004 and its new name is ASA (Bermuda) Ltd.

Item 45: The Lord Abbett Affiliated Fund is held in an IRA account. This Fund was listed as being completely sold on December 1, 2003 in the May 2, 2004 report (Item 44). This was in error; the Fund was only partially sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Woodcock, John A | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉ Date 5/15/06.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544